1199 DEAN STREET, INC., Landlord-Respondent, v. MELVIN FEUER, Tenant, and EARL NEEDLEMAN, Undertenant-Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ.

LUCILE M. FERGUSON, Respondent-Appellant, v. JOSEPH B. FERGUSON, Appellant-Respondent.— The motions are referred to the court that rendered the decision. Present — Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ. *No. 675.* Motion for leave to appeal to the Court of Appeals and for a stay denied, without costs. *No. 701.* Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See *ante,* p. 1006.]

GENERAL ARMATURE & MANUFACTURING Co., Appellant, v. PORTMAN SEWING MACHINE Co., INC., et al., Respondents.—Motion referred to the court that rendered the decision. Present — Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ. Motion to amend decision and order denied, without costs. Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See *ante,* p. 961.]

ZITA HOGAN, as Administratrix of the Estate of JOSEPH P. HOGAN, Deceased, Respondent, v. WOODSIDE CENTER CORPORATION et al., Defendants, and PORETE MANUFACTURING COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ. [See *ante,* p. 944.]

HOMESTEAD LAND DEVELOPMENT Co., INC., Appellant, v. JOSEPH SKONICANY, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ.

In the Matter of the Application of EDWARD MONTROSE for Admission to Practice as an Attorney.— Application for admission to practice as an attorney and counselor-at-law denied upon the ground that the applicant has failed to satisfy this court's Committee on Character and Fitness for the Second Judicial District that he meets the requirements of rule VIII of the Rules of the Court of Appeals for the Admission of Attorneys and Counselors-at-Law, and paragraph a of subdivision 1 of section 90 of the Judiciary Law. Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See 279 App. Div. 656.]

In the Matter of the Petition of the BAR ASSOCIATION OF NASSAU COUNTY, N. Y., INC. JOHN M. SCHULZE, an Attorney.— Matter referred to Honorable CHARLES C. LOCKWOOD, Official Referee, to hear and to report with his opinion. M. H. Miller, Esq., is designated as attorney for petitioner to prosecute the proceeding. Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ.